**Michael Anthony HARMON, Jr., Plaintiff—Appellant,**

v.

**John J. LAMANNA, Federal Correctional Institution Edgefield; J. Serrano, M.D., Clinical Director; R. Blacker, M.D., Staff Physician; Mrs. Rosario, Health Services Administrator; L. Guevara, Physician Assistant, in their official and individual capacities, Defendants—Appellees.**

No. 07–6470.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 30, 2007.

Decided: Sept. 6, 2007.

Michael Anthony Harmon, Jr., Appellant Pro Se. Barbara Murcier Bowens, Office of the United States Attorney, Columbia, South Carolina, for Appellees.

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Anthony Harmon, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Harmon v. LaManna,* No. 6:06–cv–01143–GRA (D.S.C. Mar. 13, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*